**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURENCIO GIL and JORGE CARDOSO, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>-v-<br><br>KDK, LLC d/b/a VIAND CAFE RESTAURANT, EGS, LLC d/b/a THE VIAND, HERRICK KONTOGIANNIS, GEORGE KONTOGIANNIS, and SOTIRIOS KONSTANTAKOPOULOS,<br><br>Defendants. | **Case No.**: 1:21-cv-03453<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants EGS, LLC, KDK, LLC, Sotirios Konstantakopoulos, George Kontogiannis, and Herrick Kontogiannis (collectively, "Defendants"), having offered to allow Plaintiffs Jorge Cardoso and Laurencio Gil (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of all of Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 25, 2021 and filed as Exhibit A to Docket Number 41;

**WHEREAS**, on October 25, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 41);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Jorge Cardoso and Laurencio Gil, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 25, 2021 and filed as Exhibit A to Docket Number 41.

**SO ORDERED:**

Dated: _____, 2021              _____
       New York, New York                                       U.S.D.J.